JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

WINNIE CLARK, BERNIS STARR, ZEHRA SCHNEIDER GRAHAM, THOMAS DEFORGE, JOSEPH MALINIAK, BARRY NESTLE, JENNIE RICHARDSON, and LEAH E. MORSE, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

AMERICAN HONDA MOTOR CO., INC.,

Defendant.

CIVIL ACTION NO. 2:20-CV-3147 (AB) (MRW)

**CLASS ACTION**

**[~~PROPOSED~~] ORDER TO CONSOLIDATE CASES PURSUANT TO RULE 42(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Hon. André Birotte Jr.

ROBY PARTOVICH, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

vs.

AMERICAN HONDA MOTOR CO., INC.; and HONDA MOTOR, CO. LTD.,

Defendants.

CIVIL ACTION NO. 2:20-cv-05670-AB-MRW

| | |
|---|---|
| JORDAN COLOSIMO and EVAN WAHL, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:20-CV-04187-AB-MRW |
| DANIEL ABEL, EWELINA CIULA, MARGUERITE FLOYD, DEBRA HARTZELL, and TASHA WILLIAMS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., AND DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO. 2:20-CV-04949-AB-MRW |

Order to Consolidate Pursuant to Rule 42(A) of the Fed. R. Civ. P.

For good cause shown, the Court approves and **GRANTS** the Stipulation to Consolidate *Clark, et al. v. American Honda Motor Co., Inc*., 2:20-cv-3147 (the "Clark Action"); *Partovich v. American Honda Motor Company, Inc., et al.*, 2:20-cv-05670-AB-MRW; *Colosimo, et al. v. American Honda Motor Co., Inc*., 2:20-cv-04187; and *Abel, et al. v. American Honda Motor Co., Inc.*, 2:20-cv-04949 (collectively, the "Related Actions"):

1. Pursuant Federal Rule of Civil Procedure 42(a)(2), the Related Actions are **ORDERED CONSOLIDATED** with the *Clark* Action for all purposes.

2. All future filings and proceedings shall occur in the *Clark* Action, 2:20-cv-3147. The Related Actions (20-cv-05670-AB-MRW, 2:20-cv-04187, and 2:20-cv-04949) are **ORDERED administratively closed**.

3. To the extent not already vacated, any pending deadlines in the Related Actions for AHM to respond to the operative complaint are hereby vacated.

4. Plaintiffs are **ORDERED** to file a Consolidated Class Action Complaint within 30 days of the issuance of this Order. AHM shall file a response thereto within 30 days after Plaintiffs file their Amended Consolidated Class Action Complaint.

**IT IS SO ORDERED.**

Dated: July 22, 2020

HON. ANDRÉ BIROTTE JR.